2225.  SWIFT CREEK DISTILLING COMPANY *v.* LAVAL.

HILL, C. J.   1. The suit was based on an express contract, and was to recover the value of services rendered thereon. The allegations of the petition were not indefinite, vague, or uncertain, but plainly and fully set forth a cause of action, and none of the grounds of demurrer contain any merit.

2. No error of law appears; the court fully, fairly and correctly submitted the law applicable to the issues, and there is some evidence to support the verdict.                                         *Judgment affirmed.*

Complaint; from city court of Macon—Judge Hodges. September 18, 1909.

Argued December 20, 1909.—Decided April 19, 1910.

*Roland Ellis,* for plaintiff in error.

*R. Douglas Feagin, Hunter A. Gibbs,* contra.